# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2007

133264

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JULIAS HOLLEY,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133264
COA: 264584
Wayne CC: 05-003549-01

      On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether MCL 750.483a(1)(b) requires proof beyond a reasonable doubt that a person committed or attempted to commit a crime. They may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2007

_____
Clerk

p0522